NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CORELOGIC SOLUTIONS, LLC**

---

2014-1489

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2012-00007.

---

**ON MOTION**

---

**O R D E R**

CoreLogic Solutions, LLC moves without opposition to voluntarily dismiss its appeal. The Deputy Director of the United States Patent and Trademark Office moves to intervene in this appeal and to modify the official caption.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each party shall bear its own costs.

(3) The motion to intervene is granted. The revised official caption is reflected above.

2                          IN RE CORELOGIC SOLUTIONS, LLC

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE: July 15, 2014

s30